IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL HALL and JAMES HALL,

    Plaintiffs,

v.                      Case No.: 2:20-cv-1209 KRS/GJF

HEALTHCOMPARE INSURANCE SERVICES, Inc.,
and JANE DOES 1-5,

    Defendants.

## AGREED ORDER

The Court, upon consideration of Defendant HealthCompare Insurance Services, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion") (Dkt. 4), hereby finds:

The Motion is well-taken.  Plaintiffs do not oppose the Motion and Defendant, by asking for additional time to investigate the allegations of the Complaint, has demonstrated good cause for the extension, and accordingly, IT IS HEREBY ORDERED that Defendant HealthCompare Insurance Services, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint is granted.  Defendant's deadline to respond to the Complaint is now December 11, 2020.

    IT IS SO ORDERED.

                                              _____
                                              KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| *Approval 11/24/2020* | */s/ Stephen M. Williams* |
| Sid Childress | Stephen M. Williams |
| *Counsel for Plaintiffs Michael and James Hall* | *Counsel for Defendant HealthCompare Insurance Services, Inc.* |